IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : Crim. No. 1:16-cr-178
:
:
v. :
:
:
**QUAN LEROY GROSS** : **Judge Sylvia H. Rambo**

## **M E M O R A N D U M**

Before the court is a motion filed by Quan Leroy Gross to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.[1] Gross seeks relief on the basis that he was wrongfully subjected to an enhanced sentence under 18 U.S.C. § 924(e) and that his trial counsel was ineffective for not arguing at sentencing that he was not subject to the enhancement.

**I.   Discussion**

Gross pleaded guilty on July 18, 2017 to count 1 of an indictment for being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g) and the enhanced penalty under the Armed Career Criminal Act ("ACCA") of 18 U.S.C. § 924(e). On December 4, 2017, this Honorable Court sentenced Mr. Gross to 180 months to be followed by a 3-year term of supervised release. (Doc. 81). In the instant motion, Gross alleges that he "does not have the qualifying offenses to be deemed an armed

---

[1] The Federal Public Defender's Office was appointed to represent Gross at the time he filed his motion. However, on June 13, 2019, their office filed a motion to withdraw counsel which the court granted.

career criminal" and that his trial counsel was ineffective for failing to make such an argument. (Docs. 84 & 85 at 2-5). However, while Gross had prior convictions for burglary, he also had three prior convictions for serious drug offenses which qualified as predicates for purposes of the ACCA. (*See* Doc. 68, ¶¶ 30, 32 & 33.) Since the enhanced penalty was appropriately applied, Gross's counsel cannot be deemed incompetent for not arguing against the enhancement. Accordingly, the motion will be denied.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: June 27, 2019