IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:16-cr-178** |
| **v.** | : | |
| **QUAN LEROY GROSS** | : | **Judge Sylvia H. Rambo** |

### **O R D E R**

**AND NOW**, this 27th day of June, 2019, **IT IS HEREBY ORDERED** that the motion filed pursuant to 28 U.S.C. § 2255 (Doc. 84) is **DENIED**. The court declines to issue a certificate of appealability because Gross has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

                                                     s/Sylvia H. Rambo
                                                     SYLVIA H. RAMBO
                                                     United States District Judge